| | |
|---|---|
| Debtor 1 | Geary Kenneth Spires |
| Debtor 2 (Spouse, if filing) | Tammy Hand Spires; aka Tammy MCKinnon |
| United States Bankruptcy Court for the: | Middle District of Georgia (State) |
| Case number | 20-70010 |

## Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Home Point Financial Corporation

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 5 7 0 9

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 2/18/2020: Proof of Claim ($750), Plan Review ($200), and 410A Prep ($250) | (5) | $ 650.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify:_____ | | (11) | $ |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  **Geary Kenneth Spires**
    First Name   Middle Name   Last Name

Case number *(if known)* 20-70010

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ D. Anthony Sottile
Signature

Date  3 / 18 / 2020

Print:  **D. Anthony Sottile**
First Name   Middle Name   Last Name

Title  Authorized Agent for Creditor

Company  Sottile & Barile, LLC

Address  394 Wards Corner Road, Suite 180
Number   Street
Loveland, OH 45140
City   State   ZIP Code

Contact phone  ( 513 ) 444 – 4100

Email  bankruptcy@sottileandbarile.com

| | | | | | |
|---|---|---|---|---|---|
| **Vendor** | Sottile & Barile, LLC | **Regarding:** | | **Invoice Number:** | |
| **Address** | 394 Wards Corner Road | | SPIRES GEARY KENNETH | **Invoice Status:** | Check Confirmed |
| | Suite 180 | | 234 GAULDEN CIR | **Loan No.:** | |
| | Loveland, OH 44136 | | QUITMAN, GA 31643 | **Loan Type:** | FannieMae |
| **Payee Code:** | ATSOTTILE | | | **Acquistion Date:** | |
| **Vendor Contact:** | Jessy Engel | | | **Type:** | Non-Judicial |
| **Vendor Ref #:** | | | | **Referral Date :** | 1/8/2020 |
| **Servicer:** | Home Point Financial Corporation - (308) | | | **Loan Location:** | EA |
| **Inv. ID / Cat. ID** | F03/259 | | | **BK Case No:** | 20-70010 |
| **Investor Name** | FANNIE MAE | | | **Submitted Date:** | **2/18/2020** |
| **Invoice ID** | | | | **Vendor Invoice Date:** | 2/18/2020 |
| **Litigation Status Code:** | | | | **Paid In Full Date:** | N/A |
| **Man Code:** | B | | | **Foreclosure Removal Date:** | N/A |
| | | | | **MS Status:** | N/A |
| | | | | **Relief Requested Date:** | N/A |
| | | | | **Protection Begin Date:** | N/A |
| | | | | **Protection End Date:** | N/A |

**Original Mortgage Amount:** $114,400.00

### Bankruptcy - Bankruptcy Services - Chapter 13

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 02/18/2020 | 02/20/2020 | 02/20/2020 | | 02/20/2020 | 02/20/2020 | 02/21/2020 | 3 |

| Dept | IPA Requests | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Fees** | Total: | $1,200.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| **Costs** | Total: | $0.00 | Invoicing Prev. Billed: | $0.00 | Exc. Loan Allow: | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | |
| **Totals** | Inv Amt: | $1,200.00 | Prev. Billed: | $0.00 | Loan Total Fees/Costs Prev.Billed: $60.00 | Exc Ord Allw: |

**Fees**

| Category | Subcategory | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|
| Attorney Fees | Proof of Claim | 02/18/20 | 1 | $950.00 | $950.00 | $0.00 | $950.00 |
| Attorney Fees | Bankruptcy Fee | 02/18/20 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |
| | | | | **Total:** | $1,200.00 | $0.00 | $1,200.00 |
| | | | | **Invoice Total:** | $1,200.00 | $0.00 | $1,200.00 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| In Re: | Case No. 20-70010 |
| Geary Kenneth Spires | |
| Tammy Hand Spires | Chapter 13 |
| *aka* Tammy MCKinnon | |
| Debtors. | Judge John T. Laney III |

**CERTIFICATE OF SERVICE**

I certify that on March 18, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    William Orson Woodall, Debtors' Counsel
    will@orsonwoodall.com

    Kristin Hurst, Chapter 13 Trustee
    ecf@ch13trustee.com

    Office of the United States Trustee
    ustp.region21.mc.ecf@usdoj.gov

I further certify that on March 18, 2020, a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Geary Kenneth Spires, Debtor
    234 Gaulden Cirlce
    Quitman, GA 31643

Tammy Hand Spires, Debtor
234 Gaulden Cirlce
Quitman, GA 31643

Dated: March 18, 2020

/s/ D. Anthony Sottile
D. Anthony Sottile
Authorized Agent for Creditor
Sottile & Barile, LLC
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com